IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00309-CMA-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

$50,841.00 IN UNITED STATES CURRENCY, and
$10,020.00 IN UNITED STATES CURRENCY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Unopposed Joint Motion to Stay Proceedings (Docket No. 17) is GRANTED; and

- The parties SHALL FILE joint or separate status reports on the status of this case on or before July 22, 2016.

Date: April 20, 2016